FILED

OCT 15  3 49 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ENRICO DiPASQUALE d/b/a      )
WESTPORT CHEMICAL COMPANY      )
     )
         Plaintiff      )
     ) CIVIL ACTION NO.303CV0013PCD
     )
GEORGIA GULF CORPORATION      )
     )
         Defendant      )    OCTOBER 15, 2003

## MOTION FOR EXTENSION OF TIME

The parties to this action have jointly agreed to move for an order extending the time to respond to the court's trial preparation order dated September 22, 2003 to December 31, 2003.

The parties have agreed to prepare and jointly file a report on Form 26(f) within ten (10) days and to commence and complete discovery on or before December 31, 2003.

WHEREFORE, the defendant moves for an extension of time for both parties to file their compliance with the Trial Preparation Order to December 31, 2003.

THE DEFENDANT

By_____
Benson A. Snaider
Benson A. Snaider, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT  06510
Federal Bar#: ct 07359

## ORDER

The foregoing motion having come before the court:

IT IS HEREBY ORDERED that the foregoing motion is GRANTED/DENIED.

By the Court

_____

U.S.D.J.

## CERTIFICATE OF SERVICE

I certify that on October 15, 2003 a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William A. Meehan, Esq.
William McMorris, Jr., Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

_____
Benson A. Snaider