FILED
Oct 16  2 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY<br><br>Plaintiff<br><br>GEORGIA GULF CORPORATION<br><br>Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.303CV0013PCD<br>)<br>)<br>)<br>) OCTOBER 15, 2003 |

**CERTIFICATION OF COMPLIANCE**

In accordance with Judge Dorsey's Supplemental Order the undersigned attorney of the defendant Georgia Gulf Corporation does hereby certify that he has, on this date served by U.S. Mail, postage prepaid, a copy of the defendant's Motion for Leave to Amend Answer dated October 15, 2003, upon all counsel of record, to wit:

William McMorris, Jr., Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

THE DEFENDANT
By_____
Benson A. Snaider
Benson A. Snaider, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT  06510
Federal Bar#: ct 07359

## CERTIFICATE OF SERVICE

     I certify that on October 15, 2003 a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William A. Meehan, Esq.
William McMorris, Jr., Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

_____
Benson A. Snaider