mfextt

FILED
Oct 15  3 40 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CO DiPASQUALE d/b/a            )
[P]PORT CHEMICAL COMPANY       )
                               )
            Plaintiff          )
                               ) CIVIL ACTION NO.303CV0013PCD
                               )
RGIA GULF CORPORATION          )
                               )
            Defendant          ) OCTOBER 15, 2003

### MOTION FOR EXTENSION OF TIME

The parties to this action have jointly agreed to move for an order extending the

to respond to the court's trial preparation order dated September 22, 2003 to

[dece]mber 31, 2003.

The parties have agreed to prepare and jointly file a report on Form 26(f) within

(10) days and to commence and complete discovery on or before December 31,

[200]3.

WHEREFORE, the defendant moves for an extension of time for both parties to

[t]heir compliance with the Trial Preparation Order to December 31, 2003.

THE DEFENDANT

By_____
Benson A. Snaider
Benson A. Snaider, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT 06510
Federal Bar#: ct 07359

---

Margin annotations:

[Top left, handwritten sideways]: 8 — A jury will be scheduled on 07/04/03. A jury will complete discovery as scheduled on 07/04/03. No valid basis is shown for failure to complete discovery as scheduled on 07/04/03. SO-ORDERED. by the parties can be completed. SO-ORDERED.

[Bottom left, handwritten sideways]: 10/22/03. DENIED. The motion is denied for lack of good cause shown. No valid basis is shown on or after December 1, 2003 before which any discovery agreed on by the parties can be completed. Trial will be scheduled on or after December 1, 2003 before which any discovery agreed on by the parties can be completed. be selected on 11/04/03 but trial will be scheduled on or after December 1, 2003

Peter C. Dorsey, Senior, U.S.D.J.

FILED
Oct 22  3 52 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.