FILED
Oct 30  4 09 PM '03
[DISTRICT COURT stamp, NEW HAVEN, CONN.]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a ) <br> WESTPORT CHEMICAL COMPANY ) <br> ) <br> Plaintiff ) <br> V. ) <br> ) CIVIL ACTION NO.3:03CV0013 (PCD) <br> GEORGIA GULF CORPORATION ) <br> ) <br> Defendant ) October 29, 2003 | |

**NOTICE OF SERVICE**

This shall serve as notice that the defendant in the above-entitled action has fully complied with Section A of the Trial Preparation Order.

THE DEFENDANT

BY: _____
BENSON A. SNAIDER
BENSON A. SNAIDER, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT  06510
203-777-6426
Federal Bar#: ct 07359

CERTIFICATE OF SERVICE

    This is to certify that on October 29, 2003, a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William A. Meehan, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

BENSON A. SNAIDER