FILED

Nov 3  12 37 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY      )<br>                                                                               )<br>                            Plaintiff            )<br>V.                                                                           )<br>                                                                               )   CIVIL ACTION NO.3:03CV0013 (PCD)<br>GEORGIA GULF CORPORATION              )<br>                                                                               )<br>                            Defendant     )   NOVEMBER 3, 2003 | |

**PROPOSED VOIR DIRE QUESTIONS**

1. Did anyone on the panel have any personal experience or contact with either the plaintiff Enrico DiPasquale, who does business as Westport Chemical Company, or Georgia Gulf Corporation?

2. The defendant, Georgia Gulf Corporation, has disclosed that it has affiliated subsidiaries Georgia Gulf Chemicals & Vinyls, LLC; Georgia Gulf Lake Charles, LLC; Great River Oil & Gas Corporation; GGRC Corp.; GG Terminal Management Corporation; and GG Europe ApS and is involved in joint ventures as Vinyl Solutions, LLC with Klockner Pentaplas and PHH Monomers, LLC with PPG Industries, Inc.. If anyone has had contact or relations with any of these entities, please let me know.

3. Is there any reason to believe that any of you could not be fair and impartial to either party to this civil action?

4. In this case the plaintiff has asserted a claim against the defendant, Georgia Gulf Corporation, for damages and lost profits for allegedly breaching a supply agreement which he had with Georgia Gulf Corporation.

Is there anything about those claims which would trouble you or prevent you from being fair and impartial in determining the facts in this case?

5. In this case Georgia Gulf Corporation, the defendant, has asserted a counterclaim claiming that it shipped caustic soda to the plaintiff at his request and the plaintiff has not paid for the caustic soda shipped to him.

Is there anything about those claims which would trouble you or prevent you from being fair and impartial in determining the facts in this case?

THE DEFENDANT

BY: _____
BENSON A. SNAIDER
BENSON A. SNAIDER, P.C.
Its Attorney
Federal Bar#: ct 07359
55 Church Street, Suite 403
New Haven, CT 06510
Tele. 203-777-6426
Fax 203-782-0366
Email – bas@snaiderlaw.com

CERTIFICATE OF SERVICE

     This is to certify that on November 3, 2003, a copy of the foregoing was served upon the plaintiff by fax transmission and by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William A. Meehan, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897
Fax #1-203-762-9864

BENSON A. SNAIDER