CIVIL JURY SELECT (January 18, 2002)

HONORABLE __PCD__
DEPUTY CLERK P. Villano  RPTR/ERO/TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 11/4/03    START TIME 9:00a    END TIME 1:50p
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

DiPasquale
vs.
Georgia Gulf

CIVIL NO. 3:03cv13 (PCD)

William Meehan
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Benson Snaider
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☑ ........ ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ ....#__ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☑ ........ Rtc of Svc                          ☑ filed ☐ docketed
☑ ........ P's Proposed Voirdire               ☑ filed ☐ docketed
☑ ........ D's Counterclaim                    ☐ filed ☐ docketed
☐ ........                                      ☐ filed ☐ docketed

☑ ........ 83 # jurors present

☑ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ ........ Voir Dire by Court

☐ ........ Peremptory challenges exercised (See attached)

☑ ........ Jury of 10 drawn (See attached) ☑ and sworn ☐ Jury Trial commences

☐ ........ Remaining jurors excused

☐ ........ Discovery deadline set for _____

☐ ........ Disposition Motions due _____

☐ ........ Joint trial memorandum due _____

☑ ........ Trial continued until _____ at _____ after 12/11

☐ COPY TO: JURY CLERK

# Judge's List

Judge: PETER C. DORSEY
Event: 3:00CV1801 (PCD)
Description: KINCADE V SUMMERS, ET AL

Date: 11/4/03
Time: 9:14 AM

*[handwritten: 3:03cv 13 DiPasquale v. Georgia Gulf]*

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100159917 | 01-0029 | **WIPPICK, BYRNE** — GUILFORD — RETIRED | CP |
| 2 | 100169601 | 01-0056 | **PEDEMONTI, VERONICA M** — OLD SAYBROOK — RETIRED *[11/18 - 12/3 travel]* | CP |
| 3 | 100138555 | 01-0111 | **VALENTAS, ROSEMARIE** — WEST HAVEN — COUNTER PERSON | CP |
| 4 | 100136048 | 01-0060 | *[Pan e o tacks]* **PANAYOTAKIS, CONSTANTINE** — HAMDEN — SUPERVISOR | PP |
| 5 | 100133621 | 01-0124 | **JOHNS, KATHLEEN C** — WESTBROOK — SECRETARY *[after 12/1]* | CP |
| 6 | 100068926 | 01-0147 | **TIFFANY, EDWARD M** — NORTH STONINGTON — CARPENTER | CP |
| 7 | 100170618 | 01-0051 | **LESCHUK, ANDREA J** — EAST HAVEN — RETIRED OFFICE MGR | CP |
| 8 | 100175966 | 01-0095 | **CARROLL, NANCY T** — GUILFORD | CP |
| 9 | 100158001 | 01-0078 | *[All Guy er]* **ALLGEYER II, ROBERT E** — WOODBRIDGE — AUTOMOTIVE TECH *[12/1 - 12/18 not av.]* | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:00CV1801 (PCD)  
Description: KINCADE V SUMMERS, ET AL  

Date: 11/4/03  
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100175017 | 01-0096 | LEBER, PATRICIA H — MILFORD — INSTRUCTIONAL ASSIST | CP |
| 11 | 100144245 | 01-0127 | LINDSAY, NANCY J — YALESVILLE — RETIRED | CP |
| 12 | 100080510 | 01-0110 | SYPHER, JOYCE B — COLCHESTER — PAYROLL MANGER | PP |
| 13 | 100177498 | 01-0139 | YOULE, HEATHER L — WATERBURY — CASE MANAGER | CP |
| 14 | 100149155 | 01-0130 | EDWARDS, DAWN J - after 12/1 — NEW HAVEN | PD |
| 15 | 100176828 | 01-0088 | Gee o Co / GIOCO, DOROTHY — CHESTER — BOOKEEPER/ ACCOUNTIN | CP |
| 16 | 100170049 | 01-0017 | NOVICKI, EILEEN D — ORANGE — RESEARCH SCIENCTIST | CP |
| 17 | 100174251 | 01-0070 | ROMANO, MICHAEL P — WALLINGFORD — SUPERVISOR | CP |
| 18 | 100150156 | 01-0125 | JOHNSON, ERIK L  11/26 - 12/1 vac. — MIDDLETOWN — MECHANICAL ENGINEER | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100073944 | 01-0098 | **GENDRON, LAURIE L**<br>GROTON | MAINTENANCE | J1 |
| 20 | 100133555 | 01-0008 | **RODE, JAMES D**<br>MADISON | ADMINISTRATOR  after 12/1 | CP |
| 21 | 100157760 | 01-0049 | **COLLETT, BETTY-LOU**<br>MERIDEN | ADMIN ASSISTANT  11/27-12/2 vac. | CP |
| 22 | 100160935 | 01-0122 | **BENNETT, PAUL A**<br>CROMWELL | COMPUTER ADMIN | CP |
| 23 | 100072141 | 01-0041 | **MAKELA, THOMAS A**  mack la<br>NORTH STONINGTON | STUDENT TRANSPORT | CP |
| 24 | 100075355 | 01-0062 | **NINGAS JR, FELIX S**<br>GROTON | TABLE GAMES DEALER | J2 |
| 25 | 100070971 | 01-0034 | **WILLIS, BETSY I**<br>NEW LONDON | PHIEBOTOMY | CP |
| 26 | 100141277 | 01-0085 | **BAKITAS, THOMAS MICHAEL**<br>ORANGE | CUSTOMER SERVICE | CP |
| 27 | 100155449 | 01-0137 | **CLARK, THOMAS**<br>WEST HAVEN | CARPET INSTALLER | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100161275 | 01-0050 | **SABO, PETER J** <br> BRANFORD — RETIRED | PD |
| 29 | 100155200 | 01-0057 | **MURPHY, THOMAS W** <br> HAMDEN — SOCIAL SVS ADMIN | CP |
| 30 | 100171700 | 01-0140 | **LARSEN, CRAIG R** <br> PORTLAND — ATTORNEY | CP |
| 31 | 100165476 | 01-0038 | **MARKEY, MICHELLE A** <br> WEST HAVEN — DEM SALES | CP |
| 32 | 100074911 | 01-0036 | **EAST, DOROTHY A** <br> QUAKER HILL — RETIRED | CP |
| 33 | 100072424 | 01-0118 | **ROMANINI, HELEN R** <br> GROTON — RETIRED | CP |
| 34 | 100148749 | 01-0031 | **KOSKOVICH, JOHN A** <br> EAST HADDAM — SALES MANAGER | CP |
| 35 | 100148585 | 01-0113 | **ENGLISH, ANNE-MARIA E.** <br> HIGGANUM — SOCIAL WORKER | PD |
| 36 | 100173569 | 01-0026 | **CARAMANELLO, VINCENT** after 12/1 <br> MERIDEN — MANAGER CATV | PP |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  Date: **11/4/03**
Event: **3:00CV1801 (PCD)**  Time: **9:14 AM**
Description: **KINCADE V SUMMERS, ET AL**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 37 | 100151092 | 01-0064 | FAZZINO, SALVATORE S | STORE MGR | PP |
| | | | WALLINGFORD | | |
| 38 | 100078435 | 01-0146 | SCHUCH, FRANCINE A | SECRETARY | CP |
| | | | WATERFORD | | |
| 39 | 100154728 | 01-0045 | TRAPANI, JOSEPH A | RETAIL | CP |
| | | | MILFORD | | |
| 40 | 100146220 | 01-0133 | BAGADINSKI JR, STEPHEN J | | CP |
| | | | PORTLAND | | |
| 41 | 100074595 | 01-0121 | CALLAHAN, EVELYN G | INSURANCE AGENT | PP |
| | | | STONINGTON | | |
| 42 | 100157477 | 01-0047 | KAVANAUGH, JOHN | FINANCIAL CONSULTANT | CP |
| | | | EAST HAMPTON | | |
| 43 | 100171835 | 01-0138 | LUEDEE, GREGORY P | MERCHANDSING ACCT | J3 |
| | | | WALLINGFORD | | |
| 44 | 100141120 | 01-0027 | WALDRON, AMY L | SUPERVISOR | J4 |
| | | | SEYMOUR | | |
| 45 | 100067813 | 01-0053 | CRANDALL, BYRON D | BAR PORTER | CP |
| | | | NEW LONDON | | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100142081 | 01-0006 | GAROFALO, FRANK J | | CP |
|  | DERBY | | TOOLING CORDINATOR | | |
| 47 | 100075556 | 01-0076 | HIGGINS, TODD M | | CP |
|  | COLCHESTER | | MERCHANDISER | | |
| 48 | 100075657 | 01-0087 | TAYLOR, WM JON H | | CP |
|  | NEW HAVEN | | STUDENT | | |
| 49 | 100176774 | 01-0083 | HUMANN, RONALD F | | J5 |
|  | NAUGATUCK | | TECHNICHAL INSTRUCTO | | |
| 50 | 100176777 | 01-0063 | ANNICELLI, DOLORES A | after 12/1 | J6 |
|  | EAST HAVEN | | ADMIN. ASST. | | |
| 51 | 100075340 | 01-0048 | SMITH, PAUL B | | J7 |
|  | NIANTIC | | RETIRED | | |
| 52 | 100132095 | 01-0120 | SOLNIK, GARY J | | J8 |
|  | WALLINGFORD | | SALES | | |
| 53 | 100170046 | 01-0077 | PE, EDWIN S | | J9 |
|  | NORTH BRANFORD | | ENGINEER | | |
| 54 | 100178303 | 01-0100 | CAMIRE, WILLIAM H | | J10 |
|  | WALLINGFORD | | TOOLMAKER | | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 55 | 100137190 | 01-0061 | SANDERS, GEORGE B<br>EAST HAMPTON — MAINTENCANCE MGR | |
| 56 | 100069258 | 01-0042 | PETERSON JR, JAMES R<br>EAST LYME — SR PLANNING SPEC | |
| 57 | 100160882 | 01-0035 | KORET, JERROLD H<br>HAMDEN — PRODUCT MANAGER | |
| 58 | 100168216 | 01-0030 | WAZNIS, PETER D<br>HAMDEN — MAINTENANCE PLANNER | |
| 59 | 100138246 | 01-0144 | PRATT, JANICE L<br>NAUGATUCK — SECRETARY | |
| 60 | 100160154 | 01-0080 | KRUPP, JAMES ARTHUR G<br>WALLINGFORD — SENIOR EXECUTIVE | |
| 61 | 100127461 | 01-0009 | BRINTON, ALAN E<br>WOLCOTT — MAIL CARRIER | |
| 62 | 100161201 | 01-0011 | SHANLEY JR, DONALD E<br>BRANFORD — UTILITY LOCATOR | |
| 63 | 100175498 | 01-0114 | COUGHLIN JR, CORNELIUS L<br>WATERBURY — SOCIAL SERVICES | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Judge's List

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100129477 | 01-0028 | **ROSENBERG, HENRY E** <br> KILLINGWORTH <br> CONSULTANT | |
| 65 | 100162640 | 01-0108 | **JOHNSON, STEPHEN W** <br> WATERBURY <br> MFG SUPERVISOR 2ND/S | |
| 66 | 100159290 | 01-0091 | **REK, BEVERLY A** <br> PROSPECT <br> Q.C. CLERK | |
| 67 | 100079515 | 01-0128 | **ARMSTRONG, MICHAEL P** <br> AMSTON <br> MACHINE SETTER | |
| 68 | 100079475 | 01-0150 | **RUUD, ARNOLD** <br> NIANTIC <br> RETIRED | |
| 69 | 100142489 | 01-0086 | **CWANEK, PATRICK N** <br> WOODBRIDGE <br> Contractor/Sikorsky | |
| 70 | 100145937 | 01-0103 | **WEILER, ANDREW T** <br> ANSONIA <br> VALET | |
| 71 | 100127118 | 01-0004 | **URBAN JR, ANTHONY J** <br> MILFORD <br> SUPERVISOR | |
| 72 | 100134297 | 01-0002 | **LEHTIMAKI, GINGER I** <br> MILFORD <br> MEDICAL ASSISTANT | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  Date: **11/4/03**
Event: **3:00CV1801 (PCD)**  Time: **9:14 AM**
Description: **KINCADE V SUMMERS, ET AL**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 73 | 100140514 | 01-0055 | **MAJEWICZ, ANNELI**<br>ROCKFALL — OFFICE ASSISTANT | |
| 74 | 100073945 | 01-0131 | **LEEDHAM, DONNA J**<br>MYSTIC — ADMINISTRATOR | |
| 75 | 100155650 | 01-0015 | **PIELECH, GREGORY F**<br>NORTH HAVEN — OPERATION ASST | |
| 76 | 100076819 | 01-0129 | **CROTEAU, KATHERINE A**<br>JEWETT CITY — ASST BANK MGR | |
| 77 | 100139184 | 01-0142 | **MONAHAN, JAMES J**<br>MADISON — PROFESSOR CRIM/JUST | |
| 78 | 100166186 | 01-0117 | **MATTSON, MARGARET M**<br>GUILFORD — RETIRED | |
| 79 | 100080029 | 01-0148 | **MURDOCK, TERRANCE D**<br>UNCASVILLE — SCHOOL COOK | |
| 80 | 100167478 | 01-0072 | **PARKER, NANCY K**<br>MILFORD — BANK TELLER | |
| 81 | 100080240 | 01-0134 | **PODURGIEL, DONNA M**<br>QUAKER HILL — PHYSICAL THERAPIST | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:00CV1801 (PCD)  
Description: KINCADE V SUMMERS, ET AL

Date: 11/4/03  
Time: 9:47 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 82 | 100139891 | 01-0018 | **GRANT, JUDITH C** <br> EAST HADDAM — VAN DRIVER | |
| 83 | 100075695 | 01-0069 | **FARRIS, SHAWN P** <br> GROTON — CONSTRUCTION | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DiPasquale
vs.
Georgia Gulf

CASE NO. 3:03cv13 (PCD)

### CIVIL CHALLENGES

1. Constantine Panayotabis #4
2. Joyce Sypher #12
3. Vincent Ouramanello #36
4. Salvatore Fazzino #37
5. Evelyn Callahen #41
6. ~~_____~~
7. ~~_____~~
8. ~~_____~~

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Counsel for Plaintiff (s)

William A. Meehan
William McMorris

Counsel for Defendant (s)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DiPasquale

vs.

Georgia Gulf

CASE NO. 3:03cv13 (PCD)

### CIVIL CHALLENGES

| Counsel for Plaintiff (s) | Counsel for Defendant (s) |
|---|---|
| 1. | 1. #14 Damon J. Edwards |
| 2. | 2. #26 Peter J. Sabo |
| 3. | 3. #27 Thos. Clark |
| 4. | 4. #45 Byron D. Crandall |
| 5. | 5. #35 Anne Marie English |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |