IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 NOV -4 P 2: 48

U.S. DISTRICT C...
NEW HAVEN, CO...

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA GULF CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 303 CV 0013 PCD<br>)<br>)<br>)<br>)  November 3, 2003 |

## PLAINTIFF'S PROPOSED VOIRE DIRE QUESTIONS

Plaintiff, Enrico DiPasquale, d/b/a Westport Chemical Corporation by and through his undersigned counsel, sets forth the following proposed Voire Dire Questions.

1. Has anyone on the panel or a member of their immediate family been involved in any lawsuit as a plaintiff, defendant or witness? If so, please describe the nature of such involvement.

2. Has anyone on the panel or a member of their immediate family served as a supplier of products for sale through distributors?

3. Has anyone on the panel or a member of their immediate family been employed in the chemical industry? If so, please describe the nature of such employment.

4. In this case, Enrico DiPasquale, the Plaintiff, has asserted a claim that the defendant has engaged in unfair trade practices, a claim which would entitle Mr. DiPasquale to

recover punitive damages and attorneys' fees. Is there anything about those claims that would trouble you or prevent you from being fair and impartial in determining the facts in this case.

5. Is there any particular personal or business reason that would prevent you from serving on this jury.

6. Has anyone on the panel or any member of their immediate family had any personal experience or contact with William Meehan, William J. McMorris, Michael Slutsky or Benson Snaider. If so, please describe the nature of such experience or contact.

PLAINTIFF,
ENRICO DiPASQUALE d/b/a
WESTPORT CHEMICAL COMPANY

By: _____
William A. Meehan, Esq. (Federal Bar No. CT 19300)
SLUTSKY, McMORRIS & MEEHAN, LLP
396 Danbury Road, Second Floor
Wilton, Connecticut 06897
Tel.: (203) 762-9854
Fax: (203) 762-9864

2

## CERTIFICATE OF SERVICE

I certify that on November 3, 2003, a copy of the foregoing was served upon defendant by sending a copy to its attorney of record by facsimile and first class mail at the following address:

Benson A. Snaider, Esq.
Benson A. Snaider, P.C.
55 Church Street, Suite 403
New Haven, Connecticut  06510.

William A. Meehan