IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA GULF CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 303 CV 0013 PCD<br><br>November 3, 2003 |

FILED

2003 NOV -4  P 2: 48

U.S. DISTRICT C...
NEW HAVEN. C...

## NOTICE OF SERVICE

This shall serve as notice that the plaintiff in the above-entitled action has fully complied with Section A of the Trial Preparation Order.

          PLAINTIFF,
          ENRICO DiPASQUALE d/b/a
          WESTPORT CHEMICAL COMPANY

By: _____
     William A. Meehan, Esq. (Federal Bar No. CT 19300)
     SLUTSKY, McMORRIS & MEEHAN, LLP
     396 Danbury Road, Second Floor
     Wilton, Connecticut 06897
     Tel.: (203) 762-9854
     Fax: (203) 762-9864

## CERTIFICATE OF SERVICE

      I certify that on November 3, 2003, a copy of the foregoing was served upon defendant by sending a copy to its attorney of record by facsimile and first class mail at the following address:

Benson A. Snaider, Esq.
Benson A. Snaider, P.C.
55 Church Street, Suite 403
New Haven, Connecticut 06510.

                                                  William A. Meehan