FILED

Nov 12  4 00 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ENRICO DiPASQUALE d/b/a )
WESTPORT CHEMICAL COMPANY )
                                    )
                Plaintiff )
V. )
                                    ) CIVIL ACTION NO.3:03CV0013
(PCD)
GEORGIA GULF CORPORATION )
                                    )
               Defendant ) NOVEMBER 12, 2003

**SECTION C TRIAL PREPARATION ORDER COMPLIANCE FACE SHEET**

      1. The names, addresses and telephone numbers of the attorneys who will try the case.

> **Benson A. Snaider, Esq.**
> **55 Church Street, Suite 403**
> **New Haven, CT 06510**
> **203-777-6426**

      2. Whether the case is a jury or court case.

> **Jury case.**

      3. A realistic estimate of trial time required for the presentation of such party's case.

> **Three to four hours for the Defendant's case.**

1

4. Whether the parties have agreed to have the case tried by United States Magistrate Judge Joan G. Margolis, and, thereupon enter final judgment.

**The Defendant agrees to have the case tried by Magistrate Judge Joan Margolis.**

5. A list of any further proceedings prior to trial, setting forth the reasons and necessity therefore.

**The Defendant intends to file a motion for summary judgment in accordance with Rule 56(b) F.R.C.P. to dismiss the complaint as the contract between the parties specifically provides that any suit arising out of the contract must be commenced within one year after the cause of action has accrued. A ruling on the motion will save the court, the jury and counsel time and effort.**

**The Defendant intends to move for Rule 11 sanctions against the plaintiff and counsel as the complaint is frivolous and was commenced after the expiration of the time limited for commencing an action pursuant to the part parties' contractual agreement.**

6. Whether settlement, assisted by a settlement conference, is

reasonably likely.

**The Defendant does not believe that settlement is likely.**

THE DEFENDANT

BY:_____
BENSON A. SNAIDER
BENSON A. SNAIDER, P.C.
Its Attorney
Federal Bar#: ct 07359
55 Church Street, Suite 403
New Haven, CT  06510
Tele. 203-777-6426
Fax 203-782-0366
Email – bas@snaiderlaw.com

CERTIFICATE OF SERVICE

This is to certify that on November 12, 2003, a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William McMorris, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

_____
BENSON A. SNAIDER