FILED

Nov 14   1 36 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY<br><br>Plaintiff<br><br>V.<br><br>GEORGIA GULF CORPORATION<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.3:03CV0013<br>) (PCD)<br>)<br>) November 13, 2003 |

### CERTIFICATE OF SERVICE

I certify that on November 13, 2003 a copy of the Defendant's Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment and supporting Affidavit were served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address. In addition, on this 13th day of November, 2003, a copy of the foregoing was sent via facsimile transmission to William McMorris, Esq to facsimile number (203) 762-5353. Confirmation of Attorney McMorris' receipt of the facsimile transmission is attached hereto.

William McMorris, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

By_____
Benson A. Snaider
Benson A. Snaider, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT 06510
Federal Bar#: ct 07359

1

**BENSON A. SNAIDER, P.C.**
55 Church Street, Suite 403
New Haven, CT 06510
203-777-6426
E-Mail Address: bas@snaiderlaw.com

Benson A. Snaider                                                              Janet Bucci-Administrator
Also Admitted in FL                                                            Facsimile 203-782-0366

**TELECOPIER TRANSMISSION**

**11/13/03**                              **SEND TO:   WILLIAM A. MCMORRIS, ESQ.**
**DATE**                                              **FAX #1-203-762-9864**

**15**                                    **FROM:   BENSON A. SNAIDER, ESQ.**
**NO. OF PAGES**
**INCLUDING COVER**
**PAGE**

**PRIVILEGED COMMUNICATION**

**RE:   ENRICO DiPASQUALE D/B/A**
**VS:   GEORGIA GULF CORPORATION**

**DEAR ATTORNEY MCMORRIS:**

**ATTACHED PLEASE FIND MY MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW, AND AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN REGARD TO THE ABOVE.**

## ✂✂✂ SUCCESSFUL TX REPORT ✂✂✂

```
11-13-03  16:07            ID:2037820366
                           BEN SNAIDER PC


    JOB No.           ----------------    881
    START TIME        ----------------    16:01
    ID No.            ----------------    12037629864
    RESOLUTION        ----------------    STANDARD
    TOTAL PAGE        ----------------    16
    MACHINE ENGAGED   ----------------    05'36
    INFORMATION       ----------------    OK
    ERROR PAGE        ----------------
```

---

**BENSON A. SNAIDER, P.C.**
55 Church Street, Suite 403
New Haven, CT 06510
203-777-6426
E-Mail Address: bas@snaiderlaw.com

Benson A. Snaider
Also Admitted in FL

Janet Bucci-Administrator
Facsimile 203-782-0366

### TELECOPIER TRANSMISSION

__11/13/03__
DATE

SEND TO: __WILLIAM A. MCMORRIS, ESQ.__
FAX #1-203-762-9864

__15__
NO. OF PAGES
INCLUDING COVER
PAGE

FROM: __BENSON A. SNAIDER, ESQ.__

### PRIVILEGED COMMUNICATION

RE:  ENRICO DIPASQUALE D/B/A
VS:  GEORGIA GULF CORPORATION

DEAR ATTORNEY MCMORRIS:

ATTACHED PLEASE FIND MY MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW, AND AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN REGARD TO THE ABOVE.

## CERTIFICATE OF SERVICE

I certify that on November 13, 2003 a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William A. McMorris, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

_____
Benson A. Snaider

2