UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
DEC 1  3 59 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Enrico DiPASQUALE,
    Plaintiff

vs.

GEORGIA GULF CORP.,
    Defendant

Case No: 3:03cv13 (PCD)

### ORDER

On November 13, 2003, Defendant served a Motion for Summary Judgment on Plaintiff. In light of this late filing date and pending trial, parties are hereby put on an expedited briefing schedule. Defendant is ordered to deliver a courtesy copy of its Motion to chambers immediately. Plaintiff is ordered to deliver a courtesy copy of its Opposition Brief to chambers on or before December 4, 2003, as well as serve the original on Defendant by the same date. The entire Motion, including Opposition and Reply, if any, must be filed with the Court on or before December 8, 2003. A courtesy copy of any Reply Brief shall also be delivered to chambers on or before December 8, 2003.

SO ORDERED.

Dated at New Haven, Connecticut, December 1, 2003.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court