FILED

Dec 3  2 45 PM '03

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY<br><br>                      Plaintiff<br>V.<br><br>GEORGIA GULF CORPORATION<br><br>                      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.3:03CV0013 (PCD)<br>)<br>)<br>)  DECEMBER 3, 2003 |

**NOTICE OF FILING PART A COMPLIANCE**

In accordance with Judge Dorsey's Trial Preparation Order dated September 22, 2003, the defendant respectfully represents that the plaintiff has failed to comply with Section C of the Trial Preparation Order in that: he failed to provide a face sheet per Appendix A; he failed to provide statements of agreement or disagreement as required by Section C paragraphs 1 through 6.

Therefore, the defendant hereby files its Part A Compliance in accordance with

1

the Trial Preparation Order.

```
                           THE DEFENDANT
                           BY: _____
                              BENSON A. SNAIDER
                              BENSON A. SNAIDER, P.C.
                              Its Attorney
                              55 Church Street, Suite 403
                              New Haven, CT  06510
                              Ph. 203-777-6426
                              Fax 203-782-0366
                              Federal Bar#: ct 07359
```

CERTIFICATE OF SERVICE

This is to certify that on December 3, 2003 a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William McMorris, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

_____
BENSON A. SNAIDER

2