FILED

Dec 9  3 19 PM '03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY<br><br>Plaintiff<br><br>V.<br><br>GEORGIA GULF CORPORATION<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.303CV0013 PCD<br>)<br>)<br>) NOVEMBER 13, 2003 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant moves the court pursuant to Rule 56 (b) of the Federal Rules of Civil Procedure for the entry of summary judgment in its favor dismissing the complaint of the plaintiff in this action in its entirety on the ground that under the terms of the contract between the parties dated December 30, 1991, any cause of action arising out of the contract must be commenced within one year after the cause of action arose. The cause of action in this case arose on or before June 15, 2001 when the defendant terminated the plaintiff's rights under the contract for failure to pay the outstanding balance due the defendant.

This action was commenced by filing with the court on January 2, 2003. Please refer to the Affidavit of Shawna E. Avila which accompanies this motion. As

evidenced by the affidavit and the plaintiff's letters attached thereto as Exhibits B and C, the plaintiff did not commence this action within one year from the date that the cause of action accrued. The plaintiff's complaint is therefore barred by the contract provision which limits the time within which to commence this action to one year from the time the cause of action had accrued. Therefore, there is no issue as to any material fact with regard to the complaint and defendant is entitled to judgment as a matter of law.

WHEREFORE, the defendant prays the court to enter summary judgment in accordance with Rule 56(b) F.R.C.P. in its favor and against the plaintiff on the plaintiff's complaint and to set the matter down for trial on the remaining issue of the defendant's counterclaim.

THE DEFENDANT

By_____
Benson A. Snaider
Benson A. Snaider, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT 06510
Federal Bar#: ct 07359

## CERTIFICATE OF SERVICE

I certify that on November 13, 2003 a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid, at the following address:

William McMorris, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

_____
Benson A. Snaider