FILED

DEC 9  3 19 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY )<br>)<br>)<br>Plaintiff )<br>V. )<br>)<br>GEORGIA GULF CORPORATION )<br>)<br>Defendant ) | CIVIL ACTION NO.303CV0013PCD<br><br><br><br>DECEMBER 8, 2003 |

**MOTION FOR LEAVE TO FILE RULE 56(a)(1) STATEMENT NUNC PRO TUNC**

The defendant in this matter hereby requests leave to file the attached Rule 56(a)(1) Statement in support of its Motion for Summary Judgment.

I have contacted plaintiff's attorney, William A. Meehan, and he ~~consents~~/does not consent to the granting of this Motion.

THE DEFENDANT

BY:_____
BENSON A. SNAIDER
BENSON A. SNAIDER, P.C.
Its Attorney
55 Church Street, Suite 403
New Haven, CT 06510
Tele. 203-777-6426
Fax 203-782-0366
Federal Bar#: ct 07359

## CERTIFICATION

I certify that on December 9, 2003 a copy of the foregoing was served upon the plaintiff by mailing a copy to its attorney of record by first class mail, postage prepaid at the following address, and by faxing a copy of the foregoing to him at 203-762-9864:

William A. Meehan, Esq.
Slutsky, McMorris & Meehan, LLP
396 Danbury Road, Second Floor
Wilton, CT 06897

BENSON A. SNAIDER