FILED

2003 DEC -8 P 4: 52

IN THE UNITED STATES DISTRICT COURT DISTRICT C...
FOR THE DISTRICT OF CONNECTICUT NEW HAVEN, C...

| | | |
|---|---|---|
| ENRICO DiPASQUALE d/b/a | ) | |
| WESTPORT CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 303CV0013 PCD |
| | ) | |
| GEORGIA GULF CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | December 5, 2003 |

**AFFIDAVIT OF ENRICO DiPASQUALE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

ENRICO DiPASQUALE, being duly sworn, deposes and says.

1.      I am the plaintiff in the above-captioned action, and make this affidavit in opposition to Defendant's Motion for Summary Judgment.

2.      I am in the business of buying and re-selling certain chemical products, including liquid caustic soda.  Defendant supplied such products to me since its inception in or around 1984 pursuant to oral and written distributorship agreements.  I previously had a similar business relationship for several years with Georgia Gulf's former parent company, Georgia Pacific Corporation.

3.    Throughout the course of our relationship, we conducted business with each other pursuant to a course of dealing arising out of oral agreements concerning, among other things, pricing, discounts, quantities, product allocation, shipping terms and credit terms.

4.    In or about December 30, 1991, we entered into a written distributor agreement (the "Agreement") pursuant to which Georgia Gulf agreed to supply, and I agreed to purchase for purposes of re-sale liquid caustic soda.  The Agreement set forth certain quantities and payment terms for the products to be purchased.  By its terms, the Agreement automatically renewed on an annual basis unless terminated by one of the parties in accordance with the terms set forth in the agreement.

5.    Despite its terms, prior to 2001, the Agreement did not alter any aspect of the manner in which the parties did business.   For example, despite the quantity limitation stated in the Agreement, I was never restricted in terms of the qualitites I could order from defendant on an annual basis.  In fact, I consistently ordered quantities far in excess of the stated limitations.  In addition, the net 30 day payment term was never enforced.  After execution of the Agreement, I continued to receive the same 5% discount I always had enjoyed.  In times where allocation of product became necessary due to shortages in the marketplace, the allocation was not based on the contractual quantities, but on the quantities I had historically ordered from defendant.

6.    Throughout our relationship, a course of dealing developed with respect to my manner of payment for products I purchased from defendant.  I routinely ordered products, and paid in installments without regard to the payment provisions set forth in the Agreement.  At

no time prior to 2001 did Defendant take any action against me with respect to the timeliness of my payments. Defendant's credit department periodically would request payments from me, and we would reach an agreement as to reasonable payment arrangements. (Sample exchanges of correspondence reflecting the parties' oral agreements with respect to payment terms and arrangements are annexed hereto as Exhibit A.)

7.    The written agreement that was executed by the parties did not alter the manner in which the parties did business prior to entering into such agreement. The parties' dealings before and after execution of such agreement was in accordance with our oral agreements and the course of dealing that had developed between us over the years.

8.    In or about 2001, Georgia Gulf began to refuse to accept further product orders from me, without regard to my payment or credit status, and it was not until after I had challenged Georgia Gulf's decision did it state that the actions they were taking were based upon my being in default of my payment obligations. Indeed, at the time they started to suspend my right to order products, I do not believe that I was in default of my payment obligations.

9.    Defendant's improper actions were not limited to a specific time period in mid-2001, but were ongoing and continuous. Despite agreeing to continue to accept orders from me through the end of 2001 (see the June 20, 2001, and July 3, 2001, letters from Bruce Smith to me, copies of which are annexed hereto as Exhibit B), defendant failed to provide to me the pricing information that would be necessary for me to secure business as a product re-seller.

Significantly, the letters from Mr. Smith confirm my right to receive products through the end of the year 2001, and not June 15.

      10.    In addition, in agreeing to resume shipments, Georgia Gulf was attempting to impose conditions on me at variance with the oral agreements governing our relationship and the course of dealing that had developed between us over the years.

      11.    Defendant's breaches of the oral and written agreements between the parties and the parties' longstanding course of dealing is not limited to any particular date; such breaches were systematic, ongoing and continuous throughout the year 2001 and beyond.

      12.    Georgia Gulf's unilateral attempts to alter the terms on which the parties consistently did business throughout their nearly twenty-year relationship is improper, and has caused me considerable damage.

FURTHERMORE, affiant sayeth not.

_____
Enrico DiPasquale

Sworn to and subscribed before me
this 5th day of December, 2003

_____
William J. McMorris, Jr.
Commissioner of the Superior Court

FEB-26-01  16:23  FROM:GEORGIA GULF CORP        ID:2256673709         PAGE  2/2

**Georgia Gulf Open Invoices**

Customer        C9074        Westport Chemical Co.                    2/26/01 3:29:34 PM

                             P. O. Box 21  Wilton  CT  06897  US      203 849-3232

Limit    $60,000    Orign  01/85                    Terms    Net 30 Days

| Div | Invoice | Shipped | Age | Amount | Due Date | Div PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|---------------|-----------|------------|-------------|
| 295 | 000049302201 | 1/2/01 | 55 | $4,673.24 | 2/1/01 | 295 282 05 01 | DOM.PF05.SM20 | | 113000-5 |
| 295 | 000049379501 | 1/5/01 | 54 | $1,167.49 | 2/2/01 | 295 282 05 01 | DOM.PF05.SM20 | | 122000-1 |
| 295 | 000049410501 | 1/8/01 | 48 | $2,215.70 | 2/8/01 | 295 282 05 01 | DOM.PF05.SM20 | | 010501-2 |
| 295 | 000049410401 | 1/8/01 | 48 | $1,562.10 | 2/8/01 | 29 | | | 010501-1 |
| 295 | 000049410601 | 1/19/01 | 38 | $1,846.01 | 2/18/01 | 29 | | | 010501-3 |
| 295 | 000049410701 | 1/22/01 | 35 | $4,539.66 | 2/21/01 | 29 | | | 010501-4 |
| 295 | 000049410801 | 2/1/01 | 25 | $1,825.59 | 3/3/01 | 29 | | | 010501-5 |
| 295 | 000049506501 | 2/9/01 | 17 | $4,602.57 | 3/11/01 | 29 | | | 020801-1 |
| 295 | 000049506601 | 2/14/01 | 12 | $1,815.37 | 3/16/01 | 29 | | | 020801-2 |
| 295 | 000049506701 | 2/22/01 | 4 | $4,617.28 | 3/24/01 | 29 | | | 020801-3 |

Customer Total        $28,865.01

```
                              0 · C
                    4 › 673 · 24  +
                    1 › 167 · 49  +
                    2 › 215 · 70  +
                    1 › 562 · 10  +
                    1 › 846 · 01  +
                    4 › 539 · 66  +
        006
              16 › 004 · 20  ⊕
```

*To: Veretta    225-687-3709 FAX*

*Will wire Friday 03-02-01*

*$ 16,005.00 less 5⁰⁰ wire fee*

*Regards    Rick 03-01-01  5⁵⁰ pm*

*Assigned Ck# 5148*

EXHIBIT A

1

To: Chase Bank
203-834-2432 FAX

Fri 03-02-01 11:45 Am

Re: Acct # 570-1-332503

Please wire transfer $ 15,980.00

(Fifteen Thousand Nine Hundred Eighty Dollars)
and No/Cents

to: WACHOVIA BANK
ABA # 061-000-010

For: Georgia gulf corp

Acct # 18-340-667

Instructions:
Notify Mrs. Veretta Polk upon
receipt at 225-685-2544

thank you

Enrico DiPasquale

203-849-3232  PH

203-847-2442  FAX

cc: Veretta Polk   225-687-3709 FAX

## Georgia Gulf Open Invoices
### Westport Chemical Co.

stomer    C9074

1/31/01 8:54:40 AM

P. O. Box 21  Wilton  CT  06897  US

203 849-3232

| Limit | $60,000 | Orign | 01/85 | | | | Terms | Net 30 Days | | |

| Div | Invoice | Shipped | Age | Amount | Due Date | Div | PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|-----|-----------|-----------|------------|-------------|
| 295 | 000049229501 | 12/1/00 | 61 | $2,606.92 | 12/31/00 | 295 | 95 01 | DOM.PF05.SM20 | | 110800-5 |
| 295 | 000049301301 | 12/5/00 | 57 | $2,097.60 | 1/4/01 | 295 | | | | 113000-1 |
| 295 | 000049063401 | 12/5/00 | 57 | $2,690.61 | 1/4/01 | 295 | | | | 091300-5 |
| 295 | 000049301901 | 12/7/00 | 55 | $868.97 | 1/6/01 | 295 | | | | 113000-2 |
| 295 | 000049302001 | 12/14/00 | 48 | $2,504.23 | 1/13/01 | 295 | | | | 113000-3 |
| 295 | 000049302101 | 12/14/00 | 48 | $2,091.92 | 1/13/01 | 295 | | | | 113000-4 |
| 296 | 000049065301 | 12/19/00 | 43 | $2,529.36 | 1/18/01 | 295 | | | 0 • C ∗ | 091400-1 |
| 295 | 000049065401 | 12/21/00 | 41 | $1,865.99 | 1/20/01 | 295 | | | | 091400-2 |
| 295 | 000049065501 | 12/21/00 | 41 | $2,558.42 | 1/20/01 | 295 | | | 0 • C | 091400-3 |
| 295 | 000049384201 | 12/22/00 | 40 | $833.14 | 1/21/01 | 295 | | | | 122100-1 |
| 295 | 000049063301 | 12/28/00 | 34 | $2,566.28 | 1/27/01 | 295 | | | | 091300-4 |
| 295 | 000049302201 | 1/2/01 | 29 | $4,673.24 | 2/1/01 | 295 | | | | 113000-5 |
| 295 | 000049379501 | 1/3/01 | 28 | $1,167.49 | 2/2/01 | 295 | | | | 122000-1 |
| 296 | 000049410501 | 1/9/01 | 22 | $2,215.70 | 2/8/01 | 295 | | | | 010501-2 |
| 295 | 000049410401 | 1/9/01 | 22 | $1,582.10 | 2/8/01 | 295 | | | | 010501-1 |
| 295 | 000049410601 | 1/19/01 | 12 | $1,846.01 | 2/18/01 | 295 | | | | 010501-3 |
| 295 | 000049410701 | 1/22/01 | 9 | $4,539.66 | 2/21/01 | 295 | | | | 010501-4 |

Customer Total    $39,217.64

```
                    2,606·92 +
                    2,097·60 +
                    2,690·61 +
                      868·97 +
                    2,504·23 +
                    2,091·92 +
                    2,529·36 +
                    1,865·99 +
                    2,558·42 +
                      833·14 +
                 ──────────────
                   20,647·16 ≍
```

0·1·0

*(handwritten notes):*

23,214 00
⊖ 25.00 fee
─────────
23,189  wire thru 12/28/00

assigned ck # 5144
02 - 0 5 - 01

~~Verto~~ Veretta Polk
225 - 685 - 2544  PH
225 - 687 - 3709  FAX

1

To: CHASE BANK
834-2432 FAX

12 PM
Mon 02-05-01

Re: Acct # 570-1-332503

Please wire transfer $23,189⁰⁰

Twenty three thousand one Hundred and
Eighty nine dollars and no/cents

to:

WACHOVIA BANK
ABA # 061-000-010

For:  Georgia gulf Corp.

Acct # 18-340-667

INSTRUCTIONS:
Notify Mrs. Voretta Polk upon
receipt AT 225-685-2544

thank you.

Enrico DiPasquale

203-849-3232 PH
203-847-2442 FAX

CC: V. Polk  225-687-3709 FAX

*fax:* (203) 847-2442

## Georgia Gulf Open Invoices
### Westport Chemical Co.

**Customer**    C9074

1/5/01 1:34:16 PM

P. O. Box 21  Wilton  CT  06897  US

203 849-3232

| Limit | $60,000 | Orign | 01/85 | | | Terms | Net 30 Days | | |

| Div | Invoice | Shipped | Age | Amount | Due Date | Div PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|---------------|-----------|------------|-------------|
| 295 | 000049063201 | 11/16/00 | 50 | $2,514.94 | 12/16/00 | 295 221 05 01 | DOM.PF05.SM20 | | 091300-3 |
| 295 | 000049229201 | 11/17/00 | 49 | $1,739.04 | 12/17/00 | 295 282 05 01 | DOM.PF05.SM20 | | 110800-2 |
| 295 | 000049229301 | 11/17/00 | 49 | $651.35 | 12/17/00 | 295 282 05 01 | DOM.PF05.SM20 | | 110800-3 |
| 295 | 000049229401 | 11/21/00 | 45 | $851.06 | 12/21/00 | 295 282 05 01 | DOM.PF05.SM20 | | 110800-4 |
| 295 | 000049229501 | 12/1/00 | 36 | $2,606.92 | 12/31/00 | 295 282 05 01 | DOM.PF05.SM20 | | 110800-5 |
| 295 | 000049301801 | 12/5/00 | 31 | $2,097.60 | 1/4/01 | 295 | | O-C | 113000-1 |
| 295 | 000049083401 | 12/5/00 | 31 | $2,690.61 | 1/4/01 | 295 | | | 091300-5 |
| 295 | 000049301901 | 12/7/00 | 29 | $868.97 | 1/6/01 | 295 | | O-C | 113000-2 |
| 295 | 000049302101 | 12/14/00 | 22 | $2,091.92 | 1/13/01 | 295 | | | 113000-4 |
| 295 | 000049302001 | 12/14/00 | 22 | $2,504.23 | 1/13/01 | 295 | | | 113000-3 |
| 295 | 000049065301 | 12/19/00 | 17 | $2,529.36 | 1/18/01 | 295 | | | 091400-3 |
| 295 | 000049065501 | 12/21/00 | 15 | $2,558.42 | 1/20/01 | 295 | | | 091400-3 |
| 295 | 000049065401 | 12/21/00 | 15 | $1,865.99 | 1/20/01 | 295 | | | 091400-1 |
| 295 | 000049384201 | 12/22/00 | 14 | $833.14 | 1/21/01 | 295 | | | 122100-1 |
| 295 | 000049063301 | 12/28/00 | 8 | $2,566.28 | 1/27/01 | 295 | | | 091300-5 |
| 295 | 000049302201 | 1/2/01 | 3 | $4,673.24 | 2/1/01 | 295 | | | 113000-5 |
| 295 | 000049379501 | 1/3/01 | 2 | $1,167.49 | 2/2/01 | 295 | | | 122000-1 |

**Customer Total**    $34,810.56

```
2,514.94 +
1,739.04 +
  651.35 +
  851.06 +
───────────
5,756.39 *
```
004

Wachovia Lockbox Services
10301 David Taylor Drive, 2ⁿᵈ Floor
Charlotte, NC 28262-2334
Attn: Georgia Gulf, Lockbox #75250
Phone: (704) 548-4500

GGC's FedEx Charge Account Number: 0708-0021-7

*Ck# 5129*
*5757ᵒᵒ*
*12-22-00*

*5*
*12/21/00 -*

*9am 7³⁰ pm*
*M-FRI*

*10-5pm*
*SAT*

*4 Meadow St*
*Fed Ex*

*1*

**FedEx**
Express

Tracking Number 2600724460

**1 From** Please print and press hard.

Date 01-08-01 Sender's FedEx Account Number

Sender's Name ENRICO DI PASQUALE  Phone (203) 849-3232

Company WESTPORT CHEMICAL Co

Address P.O. BOX 21

City WILTON  State C  ZIP 06897  Dept./Floor/Suite/Room

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.  OPTIONAL

**3 To**

Recipient Name WACHOVIA lockBox SERV.  Phone (704) 548-4500

Company For Georgia GULF, lockBox # 75250

Address 10301 DAVID TAYLOR DR.  2ND FlooR
To "HOLD" at FedEx location, print FedEx address.  We cannot deliver to P.O. boxes or P.O. ZIP codes.

City Charlotte  State NC  ZIP 28262-2334  Dept./Floor/Suite/Room

**Questions? Visit our Web site at www.fedex.com**
or call 1-800-Go-FedEx® (800)463-3339.

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**4a Express Package Service** *Packages up to 150 lbs.*

☐ FedEx Priority Overnight  Next business morning
☐ FedEx Standard Overnight  Next business afternoon
☐ FedEx First Overnight  Earliest next business morning delivery to select locations

Delivery commitment may be later in some areas.

☐ FedEx 2Day*  Second business day
☐ FedEx Express Saver*  Third business day

*FedEx Envelope/Letter Rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service** *Packages over 150 lbs.*

Delivery commitment may be later in some areas.

☐ FedEx 1Day Freight*  Next business day
☐ FedEx 2Day Freight  Second business day
☐ FedEx 3Day Freight  Third business day

* Call for Confirmation.

**5 Packaging**

☐ FedEx Envelope/Letter*
☐ FedEx Pak*
☐ Other Pkg.  Includes FedEx Box, FedEx Tube, and customer pkg.

**6 Special Handling**

☐ SATURDAY Delivery
RESTRICTIONS  Available only for FedEx Priority Overnight and FedEx 2Day to select ZIP codes.

☐ SUNDAY Delivery
RESTRICTIONS  Available only for FedEx Priority Overnight and FedEx 2Day to select ZIP codes.

Include FedEx Address

☐ HOLD Weekday at FedEx Location  Available only for FedEx Priority Overnight and FedEx First Overnight
☐ HOLD Saturday at FedEx Location  Available only for FedEx Priority Overnight and FedEx 2Day to select locations

**Does this shipment contain dangerous goods?**
One box must be checked.

☐ No
☐ Yes  As per attached Shipper's Declaration
☐ Yes  Shipper's Declaration not required
☐ Dry Ice  Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous Goods cannot be shipped in FedEx packaging.  ☐ Cargo Aircraft Only

**7 Payment** Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender  Acct. No. in Section 1 will be billed.
☒ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

FedEx Acct. No. 0708-0021-7  Exp. Date
Credit Card No.

**Total Packages**  **Total Weight**  **Total Declared Value†**
$ .00

† Our liability is limited to $100 unless you declare a higher value. See back for details.  FedEx Use Only

**8 Release Signature** Sign to authorize delivery without obtaining signature.

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

Rev. Date 7/00 • Part #154815 • ©1994–2000 FedEx • PRINTED IN U.S.A.  GBIFE 11/00

360

**Georgia Gulf Open Invoices**

Customer     C9074     Westport Chemical Co.     12/21/00 8:53:47 AM

P. O. Box 21   Wilton   CT   06897   US

203 849-3232

Limit     $60,000     Orign   01/85        Terms   Net 30 Days

| Div | Invoice | Shipped | Age | Amount | Due Date | Div PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|---------------|-----------|------------|-------------|
| 295 | 000049159201 | 11/1/00 | 50 | $2,080.34 | 12/1/00 | 295 282 05 01 | DOM.PF05.SM20 | | 101800-4 |
| 295 | 000049159301 | 11/6/00 | 42 | $851.06 | 12/9/00 | | | | 101800-5 |
| 295 | 000049229101 | 11/16/00 | 35 | $2,661.65 | 12/16/00 | | | | 110800-1 |
| 295 | 000049063201 | 11/16/00 | 35 | $2,514.94 | 12/16/00 | | | | 091300-3 |
| 295 | 000049229301 | 11/17/00 | 34 | $851.35 | 12/17/00 | | | | 110800-3 |
| 295 | 000049229201 | 11/17/00 | 34 | $1,739.04 | 12/17/00 | | | | 110800-2 |
| 295 | 000049229401 | 11/21/00 | 30 | $851.06 | 12/21/00 | | | | 110800-4 |
| 295 | 000049229501 | 12/1/00 | 20 | $2,606.92 | 12/31/00 | | | | 110800-5 |
| 295 | 000049301801 | 12/5/00 | 16 | $2,097.60 | 1/4/01 | | | | 113000-1 |
| 295 | 000049063401 | 12/5/00 | 16 | $2,690.61 | 1/4/01 | | | | 091300-5 |
| 296 | 000049301901 | 12/7/00 | 14 | $868.97 | 1/6/01 | | | | 113000-2 |
| 295 | 000049302101 | 12/14/00 | 7 | $2,091.92 | 1/13/01 | | | /TS | 113000-4 |
| 295 | 000049302001 | 12/14/00 | 7 | $2,504.23 | 1/13/01 | | | 9234 | 113000-3 |
| 295 | 000049065301 | 12/19/00 | 2 | $2,529.36 | 1/18/01 | | | /576 | 091400-1 |

Customer Total     $26,738.95

0 + C

2,080.34 +
851.06 +

002

2,931.40 *

# 5568⁰⁰   owed 12-21-00

Ck# 5124   Assigned

To: Chase Bank

203-834-2432 FAX

Thursday 12-21-00   11⁵⁰ Am

Re: Acct # 570-1-332503

Please wire transfer $5568⁰⁰

Five Thousand Five Hundred and Sixty
Eight Dollars + No/100

To:     WACHOVIA BANK
        ABA # 061-000-010

For:    Georgia gulf
        ACCT # 18-340-667

INSTRUCTIONS:   Venetta Polk
Notify ~~the Elizabeth upon~~ AT

205-685-2544 upon receipt

Thank you

                        Rich Dipasquale

CC: 205-687-3709 FAX - V. Polk

## Georgia Gulf Open Invoices

**Customer**    C9074    Westport Chemical Co.    11/27/00 9:23:46 AM

P. O. Box 21  Wilton CT  06897 US    203 849-3232

**Limit**    $60,000    **Orign**    01/85    **Terms**  Net 30 Days

| Div | Invoice | Shipped | Age | Amount | Due Date | Div PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|---------------|-----------|------------|-------------|
| 295 | 000049149801 | 10/16/00 | 42 | $858.92 | 11/15/00 | 295 282 05 01 | DOM.PF05.SM20 | | 101300-01 |
| 295 | 000049032501 | 10/16/00 | 42 | $2,519.74 | 11/15/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-4 |
| 295 | 000049032601 | 10/17/00 | 41 | $2,510.78 | 11/16/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-5 |
| 295 | 000049158901 | 10/19/00 | 39 | $2,085.36 | 11/18/00 | 295 282 05 01 | DOM.PF05.SM20 | | 101800-1 |
| 295 | 000049063101 | 10/25/00 | 33 | $2,692.79 | 11/24/00 | 295 221 05 01 | DOM.PF05.SM20 | | 490631 |
| 295 | 000049159001 | 10/30/00 | 28 | $2,497.67 | 11/29/00 | 295 282 05 01 | DOM.PF05.SM20 | | 101800-2 |
| 295 | 000049159101 | 10/31/00 | 27 | $2,420.54 | 11/30/00 | 295 282 05 01 | DOM.PF05.SM20 | 7005/684 | 101800-3 |
| 295 | 000049159201 | 11/1/00 | 26 | $2,080.34 | 12/1/00 | 2 | | | 101800-4 |
| 295 | 000049159301 | 11/9/00 | 18 | $851.06 | 12/9/00 | 2 | | | 101800-5 |
| 295 | 000049229201 | 11/16/00 | 11 | $2,661.55 | 12/16/00 | 2 | | | 110800-1 |
| 295 | 000049063201 | 11/16/00 | 11 | $2,514.94 | 12/16/00 | 2 | | | 091300-3 |
| 295 | 000049229301 | 11/17/00 | 10 | $651.35 | 12/17/00 | 2 | | O+C | 110800-3 |
| 295 | 000049229201 | 11/17/00 | 10 | $1,739.04 | 12/17/00 | 2 | | | 110800-2 |
| 295 | 000049229401 | 11/21/00 | 6 | $851.06 | 12/21/00 | 2 | | O+C | 110800-4 |

**Customer Total**    $26,935.14

*15685.80 less 25⁰⁰ fee*

*$ 15,561.00*

*12-01-00*

*assigned Ck # 5119*

*Wachovia Bank*

*ABA  0610-0001-0*

*ggulf*

*Acct # 18-340-667*

```
      858·92 +
    2,519·74 +
    2,510·78 +
    2,085·36 +
004
   7,974·80
      O+C
```

1

## Georgia Gulf Open Invoices
### Westport Chemical Co.

| Customer | C9074 |
|---|---|

P. O. Box 21 Wilton CT 06897 US

11/7/00 8:01:42 AM

203 849-3232

| Limit | $60,000 | Orign | 01/85 | | | Terms | Net 30 Days | | |
|---|---|---|---|---|---|---|---|---|---|

| Div | Invoice | Shipped | Age | Amount | Due Date | Div PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|
| 295 | 000049063001 | 9/19/00 | 49 | $1,339.16 | 10/19/00 | 295 221 05 01 | DOM.PF05.SM20 | | |
| 295 | 000049032201 | 8/19/00 | 49 | $1,384.07 | 10/19/00 | 295 282 05 01 | DOM.PF05.SM20 | | 091300-1 |
| 295 | 000049032301 | 9/22/00 | 46 | $1,278.51 | 10/22/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-1 |
| 295 | 000049032401 | 9/28/00 | 40 | $1,307.69 | 10/28/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-2 |
| 295 | 000049149801 | 10/16/00 | 22 | $858.92 | 11/15/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-3 |
| 295 | 000049032501 | 10/16/00 | 22 | $2,519.74 | 11/15/00 | 295 282 05 01 | DOM.PF05.SM20 | | 101300-01 |
| 295 | 000049032601 | 10/17/00 | 21 | $2,510.78 | 11/16/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-4 |
| 295 | 000049158901 | 10/19/00 | 19 | $2,085.36 | 11/18/00 | 295 282 05 01 | DOM.PF05.SM20 | | 090700-5 |
| 295 | 000049063101 | 10/25/00 | 13 | $2,692.79 | 11/24/00 | 295 221 05 01 | DOM.PF05.SM20 | | 101800-1 |
| 295 | 000049159001 | 10/30/00 | 8 | $2,497.67 | 11/29/00 | 295 282 05 01 | DOM.PF05.SM20 | | 490631 |
| 295 | 000049159101 | 10/31/00 | 7 | $2,420.54 | 11/30/00 | 295 282 05 01 | DOM.PF05.SM20 | | 101800-2 |
| 295 | 000049159201 | 11/1/00 | 6 | $2,080.34 | 12/1/00 | 295 282 05 01 | DOM.PF05.SM20 | 7005/684 | 101800-3 |
| | | | | | | | | | 101800-4 |

| Customer Total | $22,975.57 |
|---|---|

0 - C

Assigned
CK# 5114
11-08-00
5310.00
25.00 fee
less ____
5285.00

11-08-00

1,339.16 +
1,384.07 +
1,278.51 +
1,307.69 +

004

5,309.43 *

1

To: Chase Bank   wed 11-08-00  2⁴⁵ pm
834-2432 FAX

URGENT

Re ACCT # 570-1-332503

Please WIRE $5285.00
( Five thousand Two Hundred Eighty Five + No/100)

To: WACHOVIA BANK
ABA # 061-000-010

For: Georgia gulf Corp
ACCT # 18-340-667

Notify Keatta Polk upon Receipt
at 225-685-2544

Thank you !!

Enrico DiPasquale.

cc: V. Polk   225-687-3709 FAX


203-849-3232

To: CHASE Bank
203-834-2432 FAX

From Westport Chemical Co
203-847-2442 FAX

Friday 10-27-00 11$\frac{30}{AM}$

Re: 570-1-332503

Please wire transfer $10,739.00
(TEN THOUSAND Seven Hundred Thirty Nine
Dollars And No/100)

To: WACHOVIA Bank
ABA # 061-000-010

For: georgia gulf
ACCT # 18-340-667

Notify Sue GILBREATH upon Receipt AT
225-685-2621

Thank you

Enrico DiPasquale

CC: Sue GILBREATH
225-687-3709 FAX

Hi Sue — (R) 10,764 less 55 fee
Covers #286 thru #295 — 8 INVOICES

**Georgia Gulf Open Invoices**

Customer         C9074         Westport Chemical Co.

P. O. Box 21  Wilton  CT  06897  US

10/18/00 11:18:16 AM

203 849-3232

*[handwritten: we rec'd on 10/18/00]*

| Limit | $60,000 | Orign | 01/85 | | Terms | Net 30 Days | | | *Ck # 5102* |
|-------|---------|-------|-------|--|-------|-------------|--|--|--------------|

| Div | Invoice | Shipped | Age | Amount | Due Date | DV PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|--------------|-----------|------------|-------------|
| 295 | 000048919401 | 8/14/00 | 65 | $1,335.62 | 9/13/00 | 295 221 05 01 | DOM.PF05.SM20 | | 15433-081100 |
| 295 | 000048899701 | 8/14/00 | 64 | $438.10 | 9/14/00 | 295 282 05 01 | DOM.PF05.SM20 | | 080400-3 |
| 295 | 000048928701 | 8/14/00 | 64 | $1,373.81 | 9/14/00 | 295 282 05 01 | DOM.PF05.SM20 | | |
| 295 | 000048899801 | 8/17/00 | 61 | $1,271.67 | 9/17/00 | 295 282 05 01 | DOM.PF05.SM20 | | |
| 295 | 000048943901 | 8/17/00 | 61 | $1,399.69 | 9/17/00 | 295 221 05 01 | DOM.PF05.SM20 | | 15458-081700 |
| 295 | 000048950001 | 8/21/00 | 58 | $1,392.62 | 9/20/00 | 295 221 05 01 | DOM.PF05.SM20 | | |
| 295 | 000048950401 | 8/22/00 | 57 | $1,353.18 | 9/21/00 | 295 221 05 01 | DOM.PF05.SM20 | | 081800-4 |
| 295 | 000048950301 | 8/22/00 | 57 | $1,393.19 | 9/21/00 | 295 221 05 01 | DOM.PF05.SM20 | | 081800-4 |
| 295 | 000048950101 | 8/22/00 | 57 | $1,306.78 | 9/21/00 | 295 221 05 01 | DOM.PF05.SM20 | | |
| 295 | 000048950201 | 8/23/00 | 56 | $1,347.37 | 9/22/00 | 295 221 05 01 | DOM.PF05.SM20 | | |
| 295 | 000048999901 | 8/23/00 | 56 | $326.72 | 9/22/00 | 295 282 05 01 | DOM.PF05.SM20 | | 030400-5 |
| 295 | 000048960601 | 8/25/00 | 54 | $1,367.89 | 9/24/00 | 295 221 05 01 | DOM.PF05.SM20 | | |
| 295 | 000048960401 | 8/28/00 | 51 | $1,335.05 | 9/27/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082200-1 |
| 295 | 000048960801 | 8/28/00 | 51 | $1,347.94 | 9/27/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082200-1 |
| 295 | 000048960701 | 8/28/00 | 51 | $1,366.75 | 9/27/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082200-1 |
| 295 | 000048961401 | 8/28/00 | 50 | $442.21 | 9/28/00 | 295 282 05 01 | DOM.PF05.SM20 | | 082200-1 |
| 295 | 000048899601 | 8/29/00 | 50 | $569.97 | 9/28/00 | 295 282 | | | 080400-4 |
| 295 | 000048961001 | 8/30/00 | 49 | $1,363.21 | 9/29/00 | 295 221 | | | 082200-5 |
| 295 | 000048961501 | 8/31/00 | 48 | $1,385.44 | 9/30/00 | 295 282 | | | 082200-2 |
| 295 | 000048990401 | 8/31/00 | 48 | $1,349.08 | 9/30/00 | 295 221 | | | 082500-1 |
| 295 | 000048990501 | 9/1/00 | 47 | $1,363.78 | 10/1/00 | 295 221 | | | 082500-2 |
| 295 | 000048990701 | 9/1/00 | 47 | $1,326.16 | 10/1/00 | 295 221 | | | 082500-4 |
| 295 | 000048990801 | 9/1/00 | 47 | $1,408.19 | 10/1/00 | 295 221 | | | 082500-5 |
| 295 | 000048990601 | 9/1/00 | 47 | $1,422.04 | 10/1/00 | 295 221 | | | 082500-3 |
| 295 | 000049014801 | 9/5/00 | 47 | $1,286.83 | 10/1/00 | 295 282 | | | 082200-3 |
| 295 | 000048961601 | 9/5/00 | 43 | $1,313.74 | 10/5/00 | 295 282 | | | 090100-1 |
| 295 | 000049014901 | 9/7/00 | 41 | $1,329.13 | 10/7/00 | 295 282 | | | 090100-2 |
| 295 | 000048961801 | 9/7/00 | 41 | $1,344.63 | 10/7/00 | 295 282 | | | 082200-5 |

*[handwritten annotations:]*

$9,358.56

<$9,344.00>

$14.56 ← will adjust off

Ck # 5103

```
          1,363.21 +
          1,385.44 +
          1,349.08 +
15,369    1,363.78 +
10-20-00  1,326.16 +
          1,406.19 +
```

OCT-13-00 15:22 FROM:GEORGIA GULF CORP          ID:2256873765          PAGE 2/2

### Georgia Gulf Open Invoices

| Customer | C9074 | Westport Chemical Co. | | 10/13/00 3:00:03 PM |
|---|---|---|---|---|

P. O. Box 21  Wilton  CT  06897  US

203 849-3232

| Limit | $60,000 | Orign | 01/85 | | | Terms | Net 30 Days |
|---|---|---|---|---|---|---|---|

| Div | Invoice | Shipped | Age | Amount | Due Date | Div | PLT | PD | IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 295 | 000048919401 | 8/14/00 | 60 | $1,335.62 | 9/13/00 | 295 | | | | | | 15433-081100 |
| 295 | 000048899701 | 8/15/00 | 59 | $438.10 | 9/14/00 | 295 | | | | | | 080400-3 |
| 295 | 000048928701 | 8/15/00 | 59 | $1,373.81 | 9/14/00 | 295 | | | | | | 15441-081400 |
| 295 | 000048899801 | 8/18/00 | 56 | $1,271.67 | 9/17/00 | 295 | | | | | | 080400-4 |
| 295 | 000048943901 | 8/18/00 | 56 | $1,399.69 | 9/17/00 | 295 | | | | | | 15458-081700 |
| 295 | 000048950001 | 8/21/00 | 53 | $1,392.62 | 9/20/00 | 295 | O | | | | | 081800-1 |
| 295 | 000048950301 | 8/22/00 | 52 | $1,393.19 | 9/21/00 | 295 | O | | | | | 081800-4 |
| 295 | 000048950101 | 8/22/00 | 52 | $1,306.78 | 9/21/00 | 295 | O | | | | | 081800-2 |
| 295 | 000048950401 | 8/22/00 | 52 | $1,353.18 | 9/21/00 | 295 | O | | | | | 081800-5 |
| 295 | 000048950201 | 8/23/00 | 51 | $1,347.37 | 9/22/00 | 295 | O | | | | | 081800-3 |
| 295 | 000048899901 | 8/23/00 | 51 | $326.72 | 9/22/00 | 295 | O | | | | | 080400-5 |
| 295 | 000048960601 | 8/25/00 | 49 | $1,367.89 | 9/24/00 | 295 | O | | | | | 082200-1 |
| 295 | 000048960901 | 8/28/00 | 46 | $1,335.05 | 9/27/00 | 295 | O | | | | | 082200-4 |
| 295 | 000048960801 | 8/28/00 | 46 | $1,347.94 | 9/27/00 | 295 | O | | | | | 082200-3 |
| 295 | 000048960701 | 8/28/00 | 46 | $1,366.75 | 9/27/00 | 295 | O | | | | | 082200-2 |
| 295 | 000048961301 | 8/29/00 | 45 | $559.97 | 9/28/00 | 295 | O | | | | | 080400-2 |
| 295 | 000048961401 | 8/29/00 | 45 | $442.21 | 9/28/00 | 295 | O | | | | | 082200-1 |
| 295 | 000048961601 | 8/30/00 | 44 | $1,363.21 | 9/29/00 | 295 | O | | | | | 082200-5 |
| 295 | 000048990401 | 8/31/00 | 43 | $1,349.08 | 9/30/00 | 295 | O | | | | | 082500-1 |
| 295 | 000048961501 | 8/31/00 | 43 | $1,385.44 | 9/30/00 | 295 | O | | | | | 082200-2 |
| 295 | 000048961001 | 9/1/00 | 42 | $1,363.78 | 10/1/00 | 295 | O | | | | | 082500-2 |
| 295 | 000049014801 | 9/1/00 | 42 | $1,286.83 | 10/1/00 | 295 | O | | | | | 090100-1 |
| 295 | 000048990801 | 9/1/00 | 42 | $1,406.19 | 10/1/00 | 295 | O | | | | | 082500-5 |
| 295 | 000048990701 | 9/1/00 | 42 | $1,326.16 | 10/1/00 | 295 | O | | | | | 082500-4 |
| 295 | 000048990601 | 9/1/00 | 42 | $1,422.04 | 10/1/00 | 295 | O | | | | | 082500-3 |
| 295 | 000048961501 | 9/5/00 | 38 | $1,313.74 | 10/5/00 | 295 | O | | | | | 082200-3 |
| 295 | 000049014901 | 9/7/00 | 36 | $1,329.13 | 10/7/00 | 295 | O | | | | | 090100-2 |
| 295 | 000048961801 | 9/7/00 | 36 | $1,344.63 | 10/7/00 | 295 | O | | | | | 082200-5 |
| 295 | 000048961701 | 9/8/00 | 35 | $477.89 | 10/8/00 | 295 | O | | | | | 082200-4 |
| 295 | 000049015101 | 9/11/00 | 32 | $1,243.28 | 10/11/00 | 295 | | | | | | 090100-4 |
| 295 | 000049015201 | 9/13/00 | 30 | $1,397.87 | 10/13/00 | 295 | | | | | | 090100-5 |
| 295 | 000049015001 | 9/13/00 | 30 | $1,112.75 | 10/13/00 | 295 | | | | | | 090100-3 |
| 295 | 000049044401 | 9/13/00 | 30 | $1,330.27 | 10/13/00 | 295 | | | | | | 091100-2 |
| 295 | 000049044301 | 9/14/00 | 29 | $1,432.64 | 10/14/00 | 295 | | | | | | 091100-1 |
| 295 | 000049044501 | 9/14/00 | 29 | $1,444.95 | 10/14/00 | 295 | 221 | 05 | 01 | DOM.PF05.SM20 | | 091100-3 |
| 295 | 000049044701 | 9/14/00 | 29 | $1,312.71 | 10/14/00 | 295 | 221 | 05 | 01 | DOM.PF05.SM20 | | 091100-5 |
| 295 | 000049044601 | 9/15/00 | 28 | $1,490.21 | 10/15/00 | 295 | 221 | 05 | 01 | DOM.PF05.SM20 | | 091100-4 |
| 295 | 000049032201 | 9/19/00 | 24 | $1,384.07 | 10/19/00 | 295 | 282 | 05 | 01 | DOM.PF05.SM20 | | 090700-1 |
| 295 | 000049032301 | 9/22/00 | 21 | $1,278.51 | 10/22/00 | 295 | 282 | 05 | 01 | DOM.PF05.SM20 | | 090700-2 |
| 295 | 000049032401 | 9/28/00 | 15 | $1,307.69 | 10/28/00 | 295 | 282 | 05 | 01 | DOM.PF05.SM20 | | 090700-3 |

| Customer Total | | $49,461.63 |
|---|---|---|

Handwritten annotations:

```
0 · C
1,535·62  +
  438·10  ÷
1,373·81  +
1,271·67  +
1,399·69  +
1,392·62  +
1,393·19  ÷
1,306·78  +
1,353·18  +
1,347·37  ÷
  326·72  +
1,367·89  +
1,535·05  ÷
1,347·94  ÷
1,366·75  +
  559·97  +
  442·21  ÷
19,358·56  *
```

Assigned Ck# ~~5102~~ 5108   10-18-00   $19,334⁰⁰

1

*FAX BACK*

# C O V E R

*Georgia Gulf Corporation*

# FAX

# S H E E T

To: Rick
Fax #: (203) 847-2442
Subject: Next Pymt.
Date: 10.13.00
Pages: 2, including this cover sheet.

**COMMENTS:**

Please advise when a wire will be remitted. Your past due balance is $19,358.56.

Please advise ASAP.

My Best estimate
is 10-18-00
will Advise
10-17-00
Rick
10-13-00 4³⁵pm

Thanks, ☺
VKG

From the desk of...

**Veretta K. Griffin, Senior Credit Analyst**
Georgia Gulf Corporation - Credit Dept.
P. O. Box 629
Plaquemine, LA 70765-0629 (USA)
Phone: (225) 685-2544 or 298-2544
Fax: (225) 687-3709
Internet E-mail Address: griffinv@ggc.com

## Georgia Gulf Open Invoices

**Customer**     C9074     Westport Chemical Co.     9/18/00 9:15:36 AM

P. O. Box 21 Wilton CT 06897 US     203 849-3232

**Limit**     $60,000     **Orign** 01/85     **Terms** Net 30 Days

| Div | Invoice | Shipped | Age | Amount | Due Date | Div PLT PD IT | FN/PF/SLS | Vehicle ID | P.O. Number |
|-----|---------|---------|-----|--------|----------|---------------|-----------|------------|-------------|
| 295 | 000048883201 | 8/4/00 | 45 | $1,095.54 | 9/3/00 | 295 282 05 01 | DOM.PF05.SM20 | | 072800-3 |
| 295 | 000048883301 | 8/4/00 | 45 | $1,282.16 | 9/3/00 | 295 282 05 01 | DOM.PF05.SM20 | | 072800-4 |
| 295 | 000048899501 | 8/8/00 | 41 | $1,121.76 | 9/7/00 | 295 282 05 01 | DOM.PF05.SM20 | | 080400-1 |
| 295 | 000048883401 | 8/8/00 | 41 | $1,310.20 | 9/7/00 | | | | 072800-5 |
| 295 | 000048908801 | 8/11/00 | 38 | $1,279.76 | 9/10/00 | | | | 15412/080900 |
| 295 | 000048919401 | 8/14/00 | 35 | $1,335.62 | 9/13/00 | | | | 15433-081100 |
| 295 | 000048899701 | 8/15/00 | 34 | $438.10 | 9/14/00 | | | | 080400-3 |
| 295 | 000048928701 | 8/15/00 | 34 | $1,373.81 | 9/14/00 | | | | 15441-081400 |
| 295 | 000048899801 | 8/18/00 | 31 | $1,271.67 | 9/17/00 | | | | 080400-4 |
| 295 | 000048943901 | 8/18/00 | 31 | $1,399.69 | 9/17/00 | | | | 15458-081700 |
| 295 | 000048950001 | 8/21/00 | 28 | $1,392.62 | 9/20/00 | | | | 081800-1 |
| 295 | 000048950401 | 8/22/00 | 27 | $1,353.18 | 9/21/00 | | | | 081800-5 |
| 295 | 000048950101 | 8/22/00 | 27 | $1,306.78 | 9/21/00 | | | | 081800-2 |
| 295 | 000048950301 | 8/22/00 | 27 | $1,393.19 | 9/21/00 | | | | 081800-4 |
| 295 | 000048950201 | 8/23/00 | 26 | $1,347.37 | 9/22/00 | | | | 081800-3 |
| 295 | 000048899901 | 8/23/00 | 26 | $326.72 | 9/22/00 | | | | 080400-5 |
| 295 | 000048960601 | 8/25/00 | 24 | $1,367.89 | 9/24/00 | | | | 082200-1 |
| 295 | 000048960701 | 8/28/00 | 21 | $1,366.75 | 9/27/00 | | | | 082200-2 |
| 295 | 000048960801 | 8/28/00 | 21 | $1,347.94 | 9/27/00 | | | | 082200-3 |
| 295 | 000048960901 | 8/28/00 | 21 | $1,335.05 | 9/27/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082200-4 |
| 295 | 000048961401 | 8/29/00 | 20 | $442.21 | 9/28/00 | 295 282 05 01 | DOM.PF05.SM20 | | 082200-1 |
| 295 | 000048899601 | 8/29/00 | 20 | $559.97 | 9/28/00 | 295 282 05 01 | DOM.PF05.SM20 | | 080400-2 |
| 295 | 000048961001 | 8/30/00 | 19 | $1,363.21 | 9/29/00 | 295 282 05 01 | DOM.PF05.SM20 | | 082200-6 |
| 295 | 000048961501 | 8/31/00 | 18 | $1,385.44 | 9/30/00 | 295 282 05 01 | DOM.PF05.SM20 | | 082200-2 |
| 295 | 000048990401 | 8/31/00 | 18 | $1,349.08 | 9/30/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082500-1 |
| 295 | 000048990801 | 9/1/00 | 17 | $1,406.19 | 10/1/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082500-5 |
| 295 | 000048990701 | 9/1/00 | 17 | $1,326.16 | 10/1/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082500-4 |
| 295 | 000049014801 | 9/1/00 | 17 | $1,286.83 | 10/1/00 | 295 221 05 01 | DOM.PF05.SM20 | | 090100-1 |
| 295 | 000048990601 | 9/1/00 | 17 | $1,422.04 | 10/1/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082500-3 |
| 295 | 000048990501 | 9/1/00 | 17 | $1,363.78 | 10/1/00 | 295 221 05 01 | DOM.PF05.SM20 | | 082500-2 |
| 295 | 000048961601 | 9/5/00 | 13 | $1,313.74 | 10/5/00 | 295 282 06 01 | DOM.PF05.SM20 | | 082200-3 |
| 295 | 000049014901 | 9/7/00 | 11 | $1,329.13 | 10/7/00 | 295 221 05 01 | DOM.PF05.SM20 | | 090100-2 |
| 295 | 000048961801 | 9/7/00 | 11 | $1,344.63 | 10/7/00 | 295 282 05 01 | DOM.PF05.SM20 | | 082200-5 |
| 295 | 000048961701 | 9/8/00 | 10 | $477.89 | 10/8/00 | 295 282 05 01 | DOM.PF05.SM20 | | 082200-4 |
| 295 | 000049015101 | 9/11/00 | 7 | $1,243.28 | 10/11/00 | 295 221 05 01 | DOM.PF05.SM20 | | 090100-3 |
| 295 | 000049044401 | 9/13/00 | 5 | $1,330.27 | 10/13/00 | 295 221 05 01 | DOM.PF05.SM20 | | 091100-2 |
| 295 | 000049015201 | 9/13/00 | 5 | $1,397.87 | 10/13/00 | 295 221 05 01 | DOM.PF05.SM20 | | 091100-5 |
| 295 | 000049015001 | 9/13/00 | 5 | $1,112.75 | 10/13/00 | 295 221 05 01 | DOM.PF05.SM20 | | 090100-3 |
| 295 | 000049044501 | 9/14/00 | 4 | $1,444.95 | 10/14/00 | 295 221 05 01 | DOM.PF05.SM20 | | 091100-3 |
| 295 | 000049044701 | 9/14/00 | 4 | $1,312.71 | 10/14/00 | 295 221 05 01 | DOM.PF05.SM20 | | 091100-5 |
| 295 | 000049044301 | 9/14/00 | 4 | $1,432.64 | 10/14/00 | 295 221 05 01 | DOM.PF05.SM20 | | 091100-1 |

**Customer Total**     $50,090.57

*Handwritten annotations:*

O = C

1,095·54 +
1,282·16 +
1,121·76 +
1,310·20 +
1,279.76
4,809·66 *

004

6089.42

606500

25⁰⁰ fee Deducted     assign Ck # 5093

TO: CHASE BANK
203-834-2432 FAX

From: Westport Chemical Co
203-847-2442 FAX
203-849-3232 PH

Tues 09-19-00    9Am

Acct # 570-1-332503

Please wire on Wed 09-20-00
$ 6065.00
Six Thousand and Sixty Five Dollars & NO/100

TO:    WACHOVIA BANK
ABA 061-000-010

For... Georgia Gulf Corp.
Acct # 18-340-667

Notify Veretta Griffin Upon Receipt
AT 225-685-2544

Thanks you

Enrico DiPasquale

CC: V. Griffin 225-687-3209 FAX

thru 8-11-00 less 25.00 fee Rounded
to Next Highest Dollar. Thanks



*Georgia Gulf Corporation*
*Telephone:*
*(609) 895-1177*

*The Atrium at Lawrence*
*133 Franklin Corner Road*
*Lawrenceville, New Jersey 08648*

June 20, 2001

**Certified Mail**
Mr. Enrico DiPasquale
President
Westport Chemical Co.
PO Box 21
Wilton, CT  06897

Dear Rick:

This is in response to your letter dated June 15, 2001 to the President of Georgia Gulf,
Mr. Ed Schmitt.  Georgia Gulf will reinstate Westport Chemical Company as our distributor of
Caustic Soda for the remainder of the year 2001.  Our agreement will end on December 31, 2001.
Your purchases will be limited to the balance remaining on our agreement for approximately 175
tons.  It is also contingent upon payment of your current past due balance of $20,394.77.  All
future purchases must be paid in thirty (30) days.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Bruce A. Smith
Account Manager

\ld
ID 907401 EX 282

EXHIBIT B



*Georgia Gulf Corporation*
*Telephone:*
*(609) 895-1177*

*The Atrium at Lawrence*
*133 Franklin Corner Road*
*Lawrenceville, New Jersey 08648*

July 3, 2001

Mr. Enrico DiPasquale
President
Westport Chemical Co.
PO Box 21
Wilton, CT  06897

Dear Rick:

We have reviewed your June 29, 2001 letter.  I note you make no mention of paying your past due account.

Georgia Gulf remains willing to reinstate the contract with you as set out in my June 20, 2001 letter.  Our relationship going forward will be governed by the terms of that contract.

Georgia Gulf is entitled to be paid for the sales it has made to you.  We will reinstate the contract,  and will, of course, end any further collection efforts immediately upon receipt of payment of your past due account.  Georgia Gulf is not, and cannot be, responsible for any difficulties you believe your business may experience as a result of your delay in paying us for product you have received.

I would be glad to discuss any issues with you, please give me a call with any comments or questions.

Very truly yours,

Bruce A. Smith
Account Manager

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing was served upon defendant by delivering a copy to its attorney of record by facsimile on December 5, 2003, and by hand delivery on December 8, 2003, at the following address:

Benson A. Snaider, Esq.
Benson A. Snaider, P.C.
55 Church Street, Suite 403
New Haven, Connecticut  06510
Tel.: (203) 777-6426
Fax: (203) 782-0366

William A. Meehan