FILED

2003 DEC 12 P 4: 15

U. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------X
:
ENRICO DiPASQUALE d/b/a          :   Civil Action No. 3:03CV0013PCD
WESTPORT CHEMICAL COMPANY,       :
:
Plaintiff,              :
:
v.                      :
:
GEORGIA GULF CORPORATION,        :
:   December 12, 2003
Defendant.              :
---------------------------------------------X

## MOTION FOR CONTINUANCE OF TRIAL

Plaintiff, ENRICO DiPASQUALE, in the above-entitled matter hereby respectfully moves for a continuance of the trial now scheduled for December 15, 2003. The grounds for this request for a continuance are as follows:

1. William McMorris, Esq., is co-counsel for plaintiff. Unfortunately, yesterday evening, Mr. McMorris's father passed away.

2. Mr. McMorris has been representing plaintiff's interests in connection with the present dispute since long prior to the commencement of the present litigation. Mr. McMorris has played a pivotal role in preparing this matter for trial and is expected to play an essential role in assisting with the trial.

3. In light of the untimely passing of Mr. McMorris's father, plaintiff requests a brief continuance of the trial so that Mr. McMorris may address his family matters.

WHEREFORE, plaintiff requests that the trial now scheduled to commence December 15, 2003 be continued to December 17, 2003, and for such other and further relief as the Court may deem just and proper.

                                                 _____
William A. Meehan (CT19300)
Slutsky, McMorris & Meehan, LLP
396 Danbury Road
Wilton, CT 06897
Phone: (203) 762-9815
Facsimile: (203) 762-9864

## CERTIFICATION

THIS IS TO CERTIFY that on December 12, 2003, a copy of the foregoing was faxed and mailed, first class, postage prepaid, to the parties as follows:

Benson A. Snaider, Esq.
Law Offices of Benson A. Snaider, Esq.
55 Church Street, Suite 403
New Haven, CT 06510

_____
William A. Meehan