FILED

Dec 16  11 57 AM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENRICO DiPASQUALE d/b/a<br>WESTPORT CHEMICAL COMPANY<br><br>     Plaintiff<br><br>V.<br><br>GEORGIA GULF CORPORATION<br><br>     Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.303CV0013PCD<br>)<br>)<br>)<br>) DECEMBER 15, 2003 |

**STIPULATION FOR DISMISSAL**

The plaintiff Enrico DiPasquale d/b/a Westport Chemical Corporation and defendant Georgia Gulf Corporation hereby stipulate by and through their respective attorneys that all claims of the plaintiff against the defendant and the counterclaim of the defendant against plaintiff may be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

So stipulated this 15th day of December, 2003

THE PLAINTIFF

By_____
William A. Meehan, Esq.

THE DEFENDANT

By_____
Benson A. Snaider, Esq.