UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 16  12 51 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DAWNA MICHAELA

v.  CASE NO. 3:03CV1088 PCD

UNIVERSAL DATA SERVICES, LLC

### STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant stipulate that the complaint herein may be dismissed in accordance with the parties' settlement agreement, without costs or fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By _____ | By _____ |
| Joanne S. Faulkner ct04137 | Patrick M. Birney ct19875 |
| 123 Avon Street | Halloran & Sage |
| New Haven CT 06511 | 225 Asylum St |
| (203) 772-0395 | Hartford CT 06103 |
| | (860) 522-6103 |

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk

FILED
Dec 16  1 32 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.