FILED

2003 DEC 12 P 4: 15

DISTRICT
NEW HAVEN. C...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------X

ENRICO DiPASQUALE d/b/a : Civil Action No. 3:03CV0013PCD
WESTPORT CHEMICAL COMPANY, :
:
Plaintiff, :
:
v. :
:
GEORGIA GULF CORPORATION, :
: December 12, 2003
Defendant. :
------------------------------------------------X

## MOTION FOR CONTINUANCE OF TRIAL

Plaintiff, ENRICO DiPASQUALE, in the above-entitled matter hereby respectfully moves for a continuance of the trial now scheduled for December 15, 2003. The grounds for this request for a continuance are as follows:

1. William McMorris, Esq., is co-counsel for plaintiff. Unfortunately, yesterday evening, Mr. McMorris's father passed away.

2. Mr. McMorris has been representing plaintiff's interests in connection with the present dispute since long prior to the commencement of the present litigation. Mr. McMorris has played a pivotal role in preparing this matter for trial and is expected to play an essential role in assisting with the trial.

3. In light of the untimely passing of Mr. McMorris's father, plaintiff requests a brief continuance of the trial so that Mr. McMorris may address his family matters.